# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**FILED**
JAMES J. VILT, JR. - CLERK

JAN 24 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FREIDA DARLENE JOHNSON
HEIR TO JANICE SHAW
ESTATE

(Full name of the Plaintiff(s) in this action)

v.

ALBERT LEE SHAW

CIVIL ACTION NO. 4:23CV15JHM
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I. PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: FREIDA DARLENE JOHNSON

Place of Confinement: DAVIESS COUNTY DETENTION CTR

Address: 3337 Hwy 144

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (X)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(B) **Defendant(s)**. Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant ALBERT SHAW is employed as LABOR at UNKNOWN.

The Defendant is being sued in his/her (X) individual and/or (___) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

II.   **PREVIOUS LAWSUITS**

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO (__)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): FREIDA JOHNSON

Defendant(s): ALBERT LEE SHAW

Court (if federal court, name the district. If state court, name the county):

FEDERAL WESTERN DISTRICT   DAVIESS COUNTY

Docket number: P116 JHM / 20-CI-01163

Name of judge to whom the case was assigned: JHM   DAVID PAYNE

Type of case (for example, habeas corpus or civil rights action): CIVIL RIGHTS

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): DISMISSED

Approximate date of filing lawsuit: 1/10/28

Approximate date of disposition: 7/1/22

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

ON DEC 2017 ALBERT LEE SHAW FAILED TO MAKE REQUIRED DISPOSITION OF PROPERTY LEFT TO JANICE SHAW'S HEIRS A VIOLATION OF A 8TH AMENDMENT CIVIL RIGHTS, ILLEAL SIEZURE HE WAS LEGALLY SEPERATED FROM MY AUNT JANICE SHAW WHOM WAS HIS WIFE WHEN SHE DIED OCT 2017 THEY HAVE LIVED IN SEPERATED HOMES SINCE 98 ACCORDING TO THE PROPERTY DEED 604 MAPLE STREET WOULD REMAIN SOLELY HERS UNTIL AFTER HER DEATH WHEN PROBATE COURT JUDGE DAVID PAYNE WOULD ALLOW A "LAST WILL IN TESTIMONY ON DEC 17 TO BE USED AS PROOF ALBERT LEE SHAW WAS ENTITLED ANY OF MY GREAT AUNTS ESTATE, HOME CARS. A FALSE CLAIM THEN CAN BE BROUGHT INTO QUESTION BECAUSE THE SIGNATURE

4

## III. STATEMENT OF CLAIM(S) continued

OF THE PROPERTY DEED DID NOT MATCH THE SIGNATURE OF THE LAST WILL DRAWN ON FEB 2016 MONTHS BEFORE MY AUNT WOULD VERBAL EXPRESS TO ME AND SEVERAL FAMILY MEMBERS THIS WAS HER HOUSE, ALBERT WOULD AQUIRE ANOTHER PROPERTY THE SAME AS HE AQUIRED MY AUNT'S AT THE TIME OF DEATH WITH NO PAYMENT RENDER FOR PURCHASE JUST FORGED SIGNATURES OF PAPERS STATING HE WAS EXCUTOR WHEN GEORGE KENDRICK'S 603 MAPLE STREET PROPERTY FELL INTO MR SHAW'S POSSESSION THEN MY AUNT 604 MAPLE STREET WITH OUT ANY MONEY OF HIS OWN NOR RELATIONSHIP TO GEORGE KENDRICK AND LEGALLY SEPERATED FROM MY AUNT JANICE SHAW, WHEN CONTACTING THE OPD THEY HELP MR. SHAW TAKE ILLEGAL POSSESSION ALONG WITH COMMONWEALTH OF KENTUCKY AFTER THEY DIED

IV.  RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ __250,000__

__Y__ grant injunctive relief by __CEASE AND ASSEST__

__X__ award punitive damages in the amount of $ __31,000 co__

__X__ other: __VIOLATION OF FEDERAL LAW__

V.  DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __20__ day of __JAN__, 20__23__

_Dreeda W Johnaa_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

FREIDA JOHNSON
3337 HWY 144
OWENSBORO KY
42303

EVANSVILLE IN 476
19 JAN 2023 PM 1
FILED
JAMES J. VILT, JR - CLERK
JAN 24 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CLERK
601 W. BROADWAY RM 106
GENE SNYDER UNITED STATES COURT HOUSE
LOUISVILLE KY 40202

DAVIESS CO.
UNCENSORED
JAIL MAIL

FREIDA JOHNSON V ALBERT SHAW  ①