# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# OWENSBORO DIVISION

**FREIDA DARLENE JOHNSON**                                                                 **PLAINTIFF**

v.                                                                          **CIVIL ACTION NO. 4:23-CV-P15-JHM**

**ALBERT LEE SHAW**                                                                             **DEFENDANT**

## ORDER

For the reasons set forth in the Memorandum and Order entered this date, and being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court and for failure to prosecute.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal *in forma pauperis* would be frivolous and therefore would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: August 23, 2023

*Joseph H. McKinley Jr., Senior Judge*
United States District Court

cc:   Plaintiff, *pro se*
4414.009